**Larry GOODE, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 71824.**

Missouri Court of Appeals,
Western District.

April 12, 2011.

Susan L. Hogan, for Appellant.

Robert J. Bartholomew, for Respondent.

Before Division Two: KAREN KING MITCHELL, Presiding Judge, JOSEPH M. ELLIS, Judge and VICTOR C. HOWARD, Judge.

### ORDER

PER CURIAM:

Larry Goode appeals from the denial of his Rule 24.035 motion for post-conviction relief following an evidentiary hearing. After a thorough review of the record, we conclude that the judgment is based on findings of fact that are not clearly errone-ous and that no error of law appears. No jurisprudential purpose would be served by a formal published opinion; however a memorandum explaining the reasons for our decision has been provided to the parties.

Judgment affirmed. Rule 84.16(b).